```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 04 B 17449
    LENNETTRO DIANE TAYLOR
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-7280


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/04/2004 and was confirmed 06/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   52.15%.

     The case was paid in full 09/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
DARVIN FURNITURE           SECURED             750.00         44.93        750.00
DARVIN FURNITURE           UNSECURED        NOT FILED           .00           .00
ARROW FINANCIAL SERVICES   NOTICE ONLY      NOT FILED           .00           .00
WELLS FARGO BANK NA        CURRENT MORTG   58187.96             .00      58187.96
WELLS FARGO BANK NA        MORTGAGE ARRE    2084.47             .00       2084.47
WELLS FARGO BANK NA        SECURED          2880.00         300.45        2880.00
GE CONSUMER FINANCE        SECURED          1000.00          77.77        1000.00
GE CONSUMER FINANCE        UNSECURED        NOT FILED           .00           .00
BONDED COLLECTION SYSTEM   NOTICE ONLY      NOT FILED           .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED        3506.06             .00       1673.37
AMERICAN EXPRESS TRAVEL    UNSECURED        1528.30             .00        729.42
ROUNDUP FUNDING LLC        UNSECURED        4271.75             .00       2038.81
CITY OF CHICAGO PARKING    UNSECURED         310.00             .00        147.96
HARRIS BANK                UNSECURED        NOT FILED           .00           .00
PALISADES                  NOTICE ONLY      NOT FILED           .00           .00
NICOR GAS                  UNSECURED        1010.37             .00        482.23
NORTHWESTERN MEDICAL FAC   UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SERV   NOTICE ONLY      NOT FILED           .00           .00
RETAILERS NATIONAL BANK    UNSECURED         782.95             .00        373.69
RESURGENT ACQUISITION LL   UNSECURED        1304.44             .00        622.58
WELLS FARGO BANK NA        UNSECURED            .00             .00           .00
CITY OF CHICAGO PARKING    UNSECURED            .00             .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                       4,177.52
DEBTOR REFUND              REFUND                                        1,506.21

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             79,777.37
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 17449 LENNETTRO DIANE TAYLOR

```
PRIORITY                                                          .00
SECURED                                                     64,902.43
    INTEREST                                                   423.15
UNSECURED                                                    6,068.06
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         4,177.52
DEBTOR REFUND                                                1,506.21
                                        ---------------  ---------------
TOTALS                                        79,777.37        79,777.37
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE